**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 Case No. 07-CR-20076-3

JERRY McADOO,

    Defendant.
                                                   /

**ORDER DENYING DEFENDANT'S "MOTION TO CHALLENGE DISPARITY IN
PENALTIES BETWEEN COCAINE BASE AND COCAINE POWDER" AND DENYING
THE JOINDER OF CO-DEFENDANTS JOHNSON, SENIOR AND JONES**

Defendant Jerry McAdoo filed the above-captioned "motion" on October 10, 2007. Co-Defendant Jerry Gunter filed the same motion on October 3, 2007, which the court denied in a recent order. (10/15/07 Order.) McAdoo's motion, while somewhat more developed in its legal argument and citation to authority, must fail for the reasons stated in the court's October 15, 2007 opinion and order. The court has also received notices of joinder from Co-Defendants Anthony Johnson, Virgil Senior and Tierra Jones. (*See* Dkt. ## 171-73.) These notices offer no additional argument that would alter the court's analysis. Accordingly,

IT IS ORDERED that Defendant McAdoo's "Motion to Challenge Disparity in Penalties Between Cocaine Base and Cocaine Powder" [Dkt. # 169] is DENIED.

IT IS FURTHER ORDERED that the Notices of Joinder [Dkt. ## 171-73] are DENIED.

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: October 17, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 17, 2007, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522