**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        07-CR-20076-3, 7, 13 and 18

JERRY McADOO, ANTHONY JOHNSON,
VIRGIL SENIOR and TIERRA JONES

    Defendants.
                                                   /

**AMENDED[1] OPINION AND ORDER DENYING DEFENDANT'S
"MOTION TO CHALLENGE DISPARITY IN PENALTIES BETWEEN
COCAINE BASE AND COCAINE POWDER" AND DENYING THE
"JOINDER" OF CO-DEFENDANTS JOHNSON, SENIOR AND JONES**

Defendant Jerry McAdoo filed the above-captioned "motion" on October 10, 2007. Co-Defendant Jerry Gunter filed the same motion on October 3, 2007, which the court denied in a recent order. (10/15/07 Order.) McAdoo's motion, while somewhat more developed in its legal argument and citation to authority, must fail for the reasons stated in the court's October 15, 2007 opinion and order. The court has also received notices of "joinder" from Co-Defendants Anthony Johnson, Virgil Senior and Tierra Jones. (*See* Dkt. ## 171-73.) These notices offer no additional argument that would alter the court's analysis. Accordingly,

IT IS ORDERED that Defendant McAdoo's "Motion to Challenge Disparity in Penalties Between Cocaine Base and Cocaine Powder" [Dkt. # 169] is DENIED.

---

[1]For administrative purposes, the court issues this amended order, which alters the case caption and includes the case numbers of each Defendant who filed a joinder. The court's order is otherwise unchanged.

IT IS FURTHER ORDERED that the Notices of Joinder [Dkt. ## 171-73] are DENIED.

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: October 26, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 26, 2007, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522